```
FILED
February 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMMY WARE, )<br>)<br>Defendant. ) | Case No. 2:13-mj-00035-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TOMMY WARE, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Co-signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/4/2013 at 3:35 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge