**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Tommy Ware

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-13-0054 KJM |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| vs. | ) MODIFYING CONDITIONS OF RELEASE |
| TOMMIE WARE | ) |
| Defendant | ) |

　　For the reasons stated below, defendant, TOMMIE WARE, alone, through counsel, and the Government, through counsel, Assistant United States Attorney, Jason Hitt, stipulate that Mr. Ware's condition of release may be modified to delete the requirement of Electronic Monitoring. This stipulation has been discussed with Pre-trial Services Officer, Rene Basurto, who is presently supervising Mr. Ware, and she concurs.

　　By this Court's previous order Mr. Ware was placed released on conditions and Pre-Trial supervision. Those conditions have included Electronic Monitoring. It is Ms. Basurto's considered

-1-

1 opinion that Electronic Monitoring is no longer required. All
2 other conditions of release, as reflected in the attached
3 memorandum prepared by Pre-Trial Services shall remain in full
4 force and effect.
5 **IT IS SO STIPULATED**

```
/s/Jason Hitt
JASON HITT, Esq.,                         Dated: April 22, 2015
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                     Dated: April 22, 2015
Michael B. Bigelow
Attorney for Defendant
Tommy Ware
```

**IT IS SO ORDERED**

DATED:   April 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

# THIRD AMENDED CONDITIONS OF RELEASE

Re: Ware, Tommy

Docket No.: 2:13-CR-054 KJM

Date: April 20, 2015

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You shall not associate or have any contact with any co-defendants named in the Complaint unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

11. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.